**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MARADIAGA, HENRY § Case No. 16-11360
MARADIAGA, DAISY §
§
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 04/01/2016. The undersigned trustee was appointed on 04/01/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of       $        5,897.19

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 40.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 5,857.19 |

   The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/19/2016 and the deadline for filing governmental claims was 09/28/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,339.72. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,339.72, for a total compensation of $1,339.72[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/07/2016                           By: /s/ Richard M. Fogel
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A
Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 16-11360
**Case Name:** MARADIAGA, HENRY
MARADIAGA, DAISY
**For Period Ending:** 12/07/2016

**Trustee Name:** (330720) Richard M. Fogel
**Date Filed (f) or Converted (c):** 04/01/2016 (f)
**§ 341(a) Meeting Date:** 05/17/2016
**Claims Bar Date:** 09/19/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 10923 South Avenue N, Chicago IL 60617, Cook Single-family home . Entire property value: $125000<br>10923 South Avenue N, Chicago IL 60617, Cook Single-family home . Entire property value: $125000- No equity for estate. | 125,000.00 | 0.00 | | 0.00 | FA |
| 2 | Chevy Malibu 2011 30,000. Entire property value: $13525<br>Chevy Malibu 2011 30,000. Entire property value: $13525- De minimis equity for estate. | 13,525.00 | 0.00 | | 0.00 | FA |
| 3 | Chevy Malibu 2010 120,000 in accident, needs muffler, scratches, dents. Entire property value: $6850<br>Chevy Malibu 2010 120,000 in accident, needs muffler, scratches, dents. Entire property value: $6850- No equity for estate. | 6,850.00 | 0.00 | | 0.00 | FA |
| 4 | Oldsmobile Alero 2002 168,000 scratches, dents, rust. Entire property value: $500<br>Oldsmobile Alero 2002 168,000 scratches, dents, rust. Entire property value: $500- De minimis equity for estate. | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Ford Focus 2008 160,000 scratches, dents. Entire property value: $3,650<br>Ford Focus 2008 160,000 scratches, dents. Entire property value: $3650 | 3,650.00 | 0.00 | | 0.00 | FA |
| 6 | Stove, refrigerator, furniture, kitchenware<br>Stove, refrigerator, furniture, kitchenware- No equity for estate. | 655.00 | 0.00 | | 0.00 | FA |
| 7 | TV, computer, printer, 2 cell phones, camera<br>TV, computer, printer, 2 cell phones, camera- No equity for estate. | 900.00 | 0.00 | | 0.00 | FA |
| 8 | 2 bicycles<br>2 bicycles- No equity for estate. | 75.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

| | | Exhibit A |
|---|---|---|
| | **Form 1** | Page: 2 |
| | **Individual Estate Property Record and Report** | |
| | **Asset Cases** | |

Case No.: 16-11360  Trustee Name: (330720) Richard M. Fogel
Case Name: MARADIAGA, HENRY  Date Filed (f) or Converted (c): 04/01/2016 (f)
MARADIAGA, DAISY  § 341(a) Meeting Date: 05/17/2016
For Period Ending: 12/07/2016  Claims Bar Date: 09/19/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 9 | Everyday clothes and shoes<br>Everyday clothes and shoes- No equity for estate. | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Wedding ring<br>Wedding ring- No equity for estate. | 150.00 | 0.00 | | 0.00 | FA |
| 11 | 2 dogs (12 and 8 years old)<br>2 dogs (12 and 8 years old)- No equity for estate. | 40.00 | 0.00 | | 0.00 | FA |
| 12 | Cash<br>Cash- No equity for estate. | 10.00 | 0.00 | | 0.00 | FA |
| 13 | Deposits of money: Chase<br>Deposits of money: Chase- No equity for estate. | 2,000.00 | 0.00 | | 0.00 | FA |
| 14 | Deposits of money: Credit One Credit Union Christmas Account<br>Deposits of money: Credit One Credit Union Christmas Account- No equity for estate. | 1,815.76 | 0.00 | | 0.00 | FA |
| 15 | Ret. or Pension Acct.: Lincoln Financial<br>Ret. or Pension Acct.: Lincoln Financial- No equity for estate. | 15,000.00 | 0.00 | | 0.00 | FA |
| 16 | Ret. or Pension Acct.: 401k Merrill Lynch<br>Ret. or Pension Acct.: 401k Merrill Lynch- No equity for estate. | 12,000.00 | 0.00 | | 0.00 | FA |
| 17 | Deposits of money: Royal Savings | 10,322.51 | 6,752.51 | | 5,897.19 | FA |
| 18 | Non-farm animals (u)<br>Non-farm animals- No consequential value to estate | 40.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 3

| Case No.: | 16-11360 | Trustee Name: | (330720) Richard M. Fogel |
|---|---|---|---|
| Case Name: | MARADIAGA, HENRY<br>MARADIAGA, DAISY | Date Filed (f) or Converted (c): | 04/01/2016 (f) |
| | | § 341(a) Meeting Date: | 05/17/2016 |
| For Period Ending: | 12/07/2016 | Claims Bar Date: | 09/19/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | Deposits of money: Fifth Third Bank (on 3/10/2016) (u)<br>Deposits of money: Fifth Third Bank (on 3/10/2016) | 234.61 | 0.00 | | 0.00 | FA |
| 20 | Deposits of money: Chase (on 3/10/2016) (u)<br>Deposits of money: Chase (on 3/10/2016) | 937.63 | 0.00 | | 0.00 | FA |
| 21 | Deposits of money: Credit One Credit Union Christmas Account (on 3/10/2016) (u)<br>VOID- DUPLICATE OF ASSET #14 | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Deposits of money: Royal Bank (on 3/10/2016) (u)<br>VOID- DUPLICATE OF ASSET #17 | 0.00 | 0.00 | | 0.00 | FA |
| 22 | **Assets** **Totals** (Excluding unknown values) | **$193,905.51** | **$6,752.51** | | **$5,897.19** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 12/31/2016     **Current Projected Date Of Final Report (TFR):** 12/31/2016

**UST Form 101-7-TFR (5/1/2011)**

Exhibit B
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-11360 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | MARADIAGA, HENRY<br>MARADIAGA, DAISY | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3905 | Account #: | ******5800 Checking |
| For Period Ending: | 12/07/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/15/2016 | {17} | Henry and Daisy Maradiaga | Non-exempt funds | 1129-000 | 5,897.19 | | 5,897.19 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,887.19 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,877.19 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,867.19 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,857.19 |
| | | **COLUMN TOTALS** | | | **5,897.19** | **40.00** | **$5,857.19** |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | **5,897.19** | **40.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$5,897.19** | **$40.00** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 2

| | |
|---|---|
| **Case No.:** | 16-11360 |
| **Case Name:** | MARADIAGA, HENRY<br>MARADIAGA, DAISY |
| **Taxpayer ID #:** | **-***3905 |
| **For Period Ending:** | 12/07/2016 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5800 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5800 Checking | $5,897.19 | $40.00 | $5,857.19 |
| | **$5,897.19** | **$40.00** | **$5,857.19** |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Exhibit C

**Case: 16-11360**  **HENRY MARADIAGA AND DAISY**

Claims Bar Date: 09/19/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Richard M. Fogel<br>321 N. Clark St. #800<br>Chicago, IL 60654<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>08/01/16 | | $1,339.72<br>$1,339.72 | $0.00 | $1,339.72 |
| 1 | American InfoSource LP as agent for TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/20/16 | | $734.63<br>$734.63 | $0.00 | $734.63 |
| 2 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/30/16 | | $14,046.40<br>$14,046.40 | $0.00 | $14,046.40 |
| 3 | Capital One Auto Finance<br>PO Box 60511<br>City of Industry, CA 91716-0511<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Reclassified as unsecured claim per o/c 11-22-16 | Unsecured<br>07/06/16 | | $6,878.97<br>$6,878.97 | $0.00 | $6,878.97 |
| 4 | MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/21/16 | | $10,602.09<br>$10,602.09 | $0.00 | $10,602.09 |
| 5 | MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/21/16 | | $7,487.33<br>$7,487.33 | $0.00 | $7,487.33 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Exhibit C

**Case: 16-11360**  HENRY MARADIAGA AND DAISY

Claims Bar Date: 09/19/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | Capital One NA c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/23/16 | | $1,954.02<br>$1,954.02 | $0.00 | $1,954.02 |
| 7 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/08/16 | | $2,217.26<br>$2,217.26 | $0.00 | $2,217.26 |
| 8 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/08/16 | | $6,001.46<br>$6,001.46 | $0.00 | $6,001.46 |
| 9 | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0280<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/12/16 | | $996.94<br>$996.94 | $0.00 | $996.94 |
| 10 | Synchrony Bank c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/14/16 | | $1,206.11<br>$1,206.11 | $0.00 | $1,206.11 |
| 11 | Synchrony Bank c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/14/16 | | $1,563.62<br>$1,563.62 | $0.00 | $1,563.62 |

## Exhibit C

## Exhibit C

**Case: 16-11360**                                    **HENRY MARADIAGA AND DAISY**

Claims Bar Date: 09/19/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (AMAZON.COM) POB 41067 Norfolk, VA 23541 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 09/19/16 | | $1,717.63 $1,717.63 | $0.00 | $1,717.63 |
| 13 | Portfolio Recovery Associates, LLC Successor to COMENITY BANK (VICTORIAS SECRET) POB 41067 Norfolk, VA 23541 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 09/19/16 | | $1,777.31 $1,777.31 | $0.00 | $1,777.31 |
| 14 | USAA Savings Bank C O WEINSTEIN & RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 09/19/16 | | $18,099.82 $18,099.82 | $0.00 | $18,099.82 |
| | | | **Case Total:** | | **$0.00** | **$76,623.31** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 16-11360
Case Name: HENRY MARADIAGA AND DAISY
Trustee Name: Richard M. Fogel

**Balance on hand:**  $             5,857.19

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $        0.00
Remaining balance:   $    5,857.19

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 1,339.72 | 0.00 | 1,339.72 |

Total to be paid for chapter 7 administrative expenses:   $    1,339.72
Remaining balance:   $    4,517.47

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:   $        0.00
Remaining balance:   $    4,517.47

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

UST Form 101-7-TFR(5/1/2011)

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 4,517.47 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $75,283.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for TD Bank, USA | 734.63 | 0.00 | 44.08 |
| 2 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. Resurgent Capital Services | 14,046.40 | 0.00 | 842.87 |
| 3 | Capital One Auto Finance | 6,878.97 | 0.00 | 412.78 |
| 4 | MIDLAND FUNDING LLC | 10,602.09 | 0.00 | 636.19 |
| 5 | MIDLAND FUNDING LLC | 7,487.33 | 0.00 | 449.29 |
| 6 | Capital One NA c/o Becket and Lee LLP | 1,954.02 | 0.00 | 117.25 |
| 7 | Discover Bank Discover Products Inc | 2,217.26 | 0.00 | 133.05 |
| 8 | Discover Bank Discover Products Inc | 6,001.46 | 0.00 | 360.12 |
| 9 | Citibank, N.A. | 996.94 | 0.00 | 59.82 |
| 10 | Synchrony Bank c/o Recovery Management Systems Corp | 1,206.11 | 0.00 | 72.37 |
| 11 | Synchrony Bank c/o Recovery Management Systems Corp | 1,563.62 | 0.00 | 93.83 |
| 12 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (AMAZON.COM) | 1,717.63 | 0.00 | 103.07 |
| 13 | Portfolio Recovery Associates, LLC Successor to COMENITY BANK (VICTORIAS SECRET) | 1,777.31 | 0.00 | 106.65 |
| 14 | USAA Savings Bank C O WEINSTEIN & RILEY, PS | 18,099.82 | 0.00 | 1,086.10 |

|  | Total to be paid for timely general unsecured claims: | $ | 4,517.47 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**