# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 16-11360 |
| | ) | |
| Maradiaga, Henry | ) | Chapter 7 |
| Maradiaga, Daisy | ) | |
| Debtor. | ) | Judge Janet S. Baer |

## CERTIFICATE OF SERVICE

Richard M. Fogel, an attorney, state that on December 8, 2016, I caused a true and correct copy of the Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR) to be sent to the recipients listed on the attached Service List, via CM/ECF or proper postage prepaid from 321 N. Clark Street, Chicago, IL 60654, as indicated.

/s/ Richard M. Fogel

{4273 CER A0457665.DOC}

## SERVICE LIST

Office of the U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Martin J. O'Hearn
10047 S. Western Av.
Chicago, IL  60643

Henry and Daisy Maradiaga
10923 S. Avenue N
Chicago, IL  60617

American lnfoSource LP
as agent for TD Bank, USA
PO Box 248866
Oklahoma City, OK 73124-8866

PYOD, LLC its successors and assigns as assignee
of Citibank, N.A. Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Capital One Auto Finance
PO Box 60511
City of Industry, CA 91716-0511

Midland Funding LLC
PO Box 2011
Warren, Ml 48090

Capital One NA
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Discover Bank Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

Citibank, N.A.
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA 98083-0280

Synchrony Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Ave Suite 1120
Miami, FL 33131-1605

Portfolio Recovery Associates, LLC
Successor to Synchrony Bank
(Amazon.com)
POB 41067
Norfolk, VA 23541

USAA Savings Bank
c/o Weinstein & Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121