**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:  MARADIAGA, HENRY  § Case No. 16-11360
MARADIAGA, DAISY § 
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $183,583.00 | Assets Exempt: | $142,885.76 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $4,517.47 | Claims Discharged Without Payment: | $70,766.12 |
| Total Expenses of Administration: | $1,379.72 | | |

3) Total gross receipts of $5,897.19 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $5,897.19 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $172,701.18 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,379.72 | $1,379.72 | $1,379.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $75,807.81 | $75,283.59 | $75,283.59 | $4,517.47 |
| **TOTAL DISBURSEMENTS** | $248,508.99 | $76,663.31 | $76,663.31 | $5,897.19 |

4) This case was originally filed under chapter 7 on 04/01/2016.  The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    02/06/2017          By: /s/ Richard M. Fogel
                                                         Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Deposits of money: Royal Savings | 1129-000 | $5,897.19 |
| **TOTAL GROSS RECEIPTS** | | **$5,897.19** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | CitiMortgage | 4110-000 | $159,590.58 | NA | NA | NA |
| N/F | Gateway One Lending & Fin | 4110-000 | $13,110.60 | NA | NA | NA |
| | **TOTAL SECURED** | | **$172,701.18** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2100-000 | NA | $1,339.72 | $1,339.72 | $1,339.72 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $40.00 | $40.00 | $40.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,379.72** | **$1,379.72** | **$1,379.72** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for TD Bank, USA | 7100-000 | $721.32 | $734.63 | $734.63 | $44.08 |
| 2 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. Resurgent Capital Services | 7100-000 | $14,046.40 | $14,046.40 | $14,046.40 | $842.87 |
| 3 | Capital One Auto Finance | 7100-000 | $7,071.11 | $6,878.97 | $6,878.97 | $412.78 |
| 4 | MIDLAND FUNDING LLC | 7100-000 | $10,802.09 | $10,602.09 | $10,602.09 | $636.19 |
| 5 | MIDLAND FUNDING LLC | 7100-000 | $7,487.33 | $7,487.33 | $7,487.33 | $449.29 |
| 6 | Capital One NA c/o Becket and Lee LLP | 7100-000 | $1,954.02 | $1,954.02 | $1,954.02 | $117.25 |
| 7 | Discover Bank Discover Products Inc | 7100-000 | $2,517.26 | $2,217.26 | $2,217.26 | $133.05 |
| 8 | Discover Bank Discover Products Inc | 7100-000 | $8,357.32 | $6,001.46 | $6,001.46 | $360.12 |
| 9 | Citibank, N.A. | 7100-000 | NA | $996.94 | $996.94 | $59.82 |
| 10 | Synchrony Bank c/o Recovery Management Systems Corp | 7100-000 | $1,218.09 | $1,206.11 | $1,206.11 | $72.37 |
| 11 | Synchrony Bank c/o Recovery Management Systems Corp | 7100-000 | NA | $1,563.62 | $1,563.62 | $93.83 |
| 12 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (AMAZON.COM) | 7100-000 | $1,717.63 | $1,717.63 | $1,717.63 | $103.07 |

| 13 | Portfolio Recovery Associates, LLC Successor to COMENITY BANK (VICTORIAS SECRET) | 7100-000 | $1,815.42 | $1,777.31 | $1,777.31 | $106.65 |
|----|---|---|---|---|---|---|
| 14 | USAA Savings Bank C O WEINSTEIN & RILEY, PS | 7100-000 | $18,099.82 | $18,099.82 | $18,099.82 | $1,086.10 |
|    | **TOTAL GENERAL UNSECURED CLAIMS** |  | **$75,807.81** | **$75,283.59** | **$75,283.59** | **$4,517.47** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 16-11360 | Trustee Name: | (330720) Richard M. Fogel |
|---|---|---|---|
| Case Name: | MARADIAGA, HENRY<br>MARADIAGA, DAISY | Date Filed (f) or Converted (c): | 04/01/2016 (f) |
| | | § 341(a) Meeting Date: | 05/17/2016 |
| For Period Ending: | 02/06/2017 | Claims Bar Date: | 09/19/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 10923 South Avenue N, Chicago IL 60617, Cook Single-family home . Entire property value: $125000<br>10923 South Avenue N, Chicago IL 60617, Cook Single-family home . Entire property value: $125000- No equity for estate. | 125,000.00 | 0.00 | | 0.00 | FA |
| 2 | Chevy Malibu 2011 30,000. Entire property value: $13525<br>Chevy Malibu 2011 30,000. Entire property value: $13525- De minimis equity for estate. | 13,525.00 | 0.00 | | 0.00 | FA |
| 3 | Chevy Malibu 2010 120,000 in accident, needs muffler, scratches, dents. Entire property value: $6850<br>Chevy Malibu 2010 120,000 in accident, needs muffler, scratches, dents. Entire property value: $6850- No equity for estate. | 6,850.00 | 0.00 | | 0.00 | FA |
| 4 | Oldsmobile Alero 2002 168,000 scratches, dents, rust. Entire property value: $500<br>Oldsmobile Alero 2002 168,000 scratches, dents, rust. Entire property value: $500- De minimis equity for estate. | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Ford Focus 2008 160,000 scratches, dents. Entire property value: $3,650<br>Ford Focus 2008 160,000 scratches, dents. Entire property value: $3650 | 3,650.00 | 0.00 | | 0.00 | FA |
| 6 | Stove, refrigerator, furniture, kitchenware<br>Stove, refrigerator, furniture, kitchenware- No equity for estate. | 655.00 | 0.00 | | 0.00 | FA |
| 7 | TV, computer, printer, 2 cell phones, camera<br>TV, computer, printer, 2 cell phones, camera- No equity for estate. | 900.00 | 0.00 | | 0.00 | FA |
| 8 | 2 bicycles<br>2 bicycles- No equity for estate. | 75.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

| Case No.: | 16-11360 | Trustee Name: | (330720) Richard M. Fogel |
|---|---|---|---|
| Case Name: | MARADIAGA, HENRY<br>MARADIAGA, DAISY | Date Filed (f) or Converted (c): | 04/01/2016 (f) |
| | | § 341(a) Meeting Date: | 05/17/2016 |
| For Period Ending: | 02/06/2017 | Claims Bar Date: | 09/19/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 9 | Everyday clothes and shoes<br>Everyday clothes and shoes- No equity for estate. | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Wedding ring<br>Wedding ring- No equity for estate. | 150.00 | 0.00 | | 0.00 | FA |
| 11 | 2 dogs (12 and 8 years old)<br>2 dogs (12 and 8 years old)- No equity for estate. | 40.00 | 0.00 | | 0.00 | FA |
| 12 | Cash<br>Cash- No equity for estate. | 10.00 | 0.00 | | 0.00 | FA |
| 13 | Deposits of money: Chase<br>Deposits of money: Chase- No equity for estate. | 2,000.00 | 0.00 | | 0.00 | FA |
| 14 | Deposits of money: Credit One Credit Union Christmas Account<br>Deposits of money: Credit One Credit Union Christmas Account- No equity for estate. | 1,815.76 | 0.00 | | 0.00 | FA |
| 15 | Ret. or Pension Acct.: Lincoln Financial<br>Ret. or Pension Acct.: Lincoln Financial- No equity for estate. | 15,000.00 | 0.00 | | 0.00 | FA |
| 16 | Ret. or Pension Acct.: 401k Merrill Lynch<br>Ret. or Pension Acct.: 401k Merrill Lynch- No equity for estate. | 12,000.00 | 0.00 | | 0.00 | FA |
| 17 | Deposits of money: Royal Savings | 10,322.51 | 6,752.51 | | 5,897.19 | FA |
| 18 | Non-farm animals (u)<br>Non-farm animals- No consequential value to estate | 40.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

| Case No.: | 16-11360 | Trustee Name: | (330720) Richard M. Fogel |
|---|---|---|---|
| Case Name: | MARADIAGA, HENRY<br>MARADIAGA, DAISY | Date Filed (f) or Converted (c): | 04/01/2016 (f) |
| | | § 341(a) Meeting Date: | 05/17/2016 |
| For Period Ending: | 02/06/2017 | Claims Bar Date: | 09/19/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | Deposits of money: Fifth Third Bank (on 3/10/2016) (u)<br>Deposits of money: Fifth Third Bank (on 3/10/2016) | 234.61 | 0.00 | | 0.00 | FA |
| 20 | Deposits of money: Chase (on 3/10/2016) (u)<br>Deposits of money: Chase (on 3/10/2016) | 937.63 | 0.00 | | 0.00 | FA |
| 21 | Deposits of money: Credit One Credit Union Christmas Account (on 3/10/2016) (u)<br>VOID- DUPLICATE OF ASSET #14 | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Deposits of money: Royal Bank (on 3/10/2016) (u)<br>VOID- DUPLICATE OF ASSET #17 | 0.00 | 0.00 | | 0.00 | FA |
| 22 | **Assets**     **Totals**     (Excluding unknown values) | **$193,905.51** | **$6,752.51** | | **$5,897.19** | **$0.00** |

**Major Activities Affecting Case Closing:**

| Initial Projected Date Of Final Report (TFR): | 12/31/2016 | Current Projected Date Of Final Report (TFR): | 12/08/2016 (Actual) |
|---|---|---|---|

UST Form 101-7-TDR ( 10 /1/2010)

| | | Exhibit 9 |
|---|---|---|
| | | Page: 1 |

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-11360 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | MARADIAGA, HENRY<br>MARADIAGA, DAISY | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3905 | Account #: | ******5800 Checking |
| For Period Ending: | 02/06/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/15/2016 | {17} | Henry and Daisy Maradiaga | Non-exempt funds | 1129-000 | 5,897.19 | | 5,897.19 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,887.19 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,877.19 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,867.19 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,857.19 |
| 01/10/2017 | 101 | Richard M. Fogel | Distribution payment - Dividend paid at 100.00% of $1,339.72; Claim # FEE; Filed: $1,339.72 | 2100-000 | | 1,339.72 | 4,517.47 |
| 01/10/2017 | 102 | American InfoSource LP as agent for TD Bank, USA | Distribution payment - Dividend paid at 6.00% of $734.63; Claim # 1; Filed: $734.63 | 7100-000 | | 44.08 | 4,473.39 |
| 01/10/2017 | 103 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. Resurgent Capital Services | Distribution payment - Dividend paid at 6.00% of $14,046.40; Claim # 2; Filed: $14,046.40 | 7100-000 | | 842.87 | 3,630.52 |

{} Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)          ! - transaction has not been cleared

Exhibit 9

Page: 2

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-11360 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | MARADIAGA, HENRY<br>MARADIAGA, DAISY | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3905 | Account #: | ******5800 Checking |
| For Period Ending: | 02/06/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/10/2017 | 104 | Capital One Auto Finance | Distribution payment - Dividend paid at 6.00% of $6,878.97; Claim # 3; Filed: $6,878.97 | 7100-000 |  | 412.78 | 3,217.74 |
| 01/10/2017 | 105 | MIDLAND FUNDING LLC | Distribution payment - Dividend paid at 6.00% of $10,602.09; Claim # 4; Filed: $10,602.09 | 7100-000 |  | 636.19 | 2,581.55 |
| 01/10/2017 | 106 | MIDLAND FUNDING LLC | Distribution payment - Dividend paid at 6.00% of $7,487.33; Claim # 5; Filed: $7,487.33 | 7100-000 |  | 449.29 | 2,132.26 |
| 01/10/2017 | 107 | Capital One NA c/o Becket and Lee LLP | Distribution payment - Dividend paid at 6.00% of $1,954.02; Claim # 6; Filed: $1,954.02 | 7100-000 |  | 117.25 | 2,015.01 |
| 01/10/2017 | 108 | Discover Bank Discover Products Inc | Distribution payment - Dividend paid at 6.00% of $2,217.26; Claim # 7; Filed: $2,217.26 | 7100-000 |  | 133.05 | 1,881.96 |
| 01/10/2017 | 109 | Discover Bank Discover Products Inc | Distribution payment - Dividend paid at 6.00% of $6,001.46; Claim # 8; Filed: $6,001.46 | 7100-000 |  | 360.12 | 1,521.84 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)      ! - transaction has not been cleared

Case 16-11360   Doc 40   Filed 02/27/17   Entered 02/27/17 15:47:16   Desc Main
         Document      Page 12 of 14

Exhibit 9

Page: 3

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-11360 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | MARADIAGA, HENRY<br>MARADIAGA, DAISY | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3905 | Account #: | ******5800 Checking |
| For Period Ending: | 02/06/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/10/2017 | 110 | Citibank, N.A. | Distribution payment - Dividend paid at 6.00% of $996.94; Claim # 9; Filed: $996.94 | 7100-000 | | 59.82 | 1,462.02 |
| 01/10/2017 | 111 | Synchrony Bank c/o Recovery Management Systems Corp | Distribution payment - Dividend paid at 6.00% of $1,206.11; Claim # 10; Filed: $1,206.11 | 7100-000 | | 72.37 | 1,389.65 |
| 01/10/2017 | 112 | Synchrony Bank c/o Recovery Management Systems Corp | Distribution payment - Dividend paid at 6.00% of $1,563.62; Claim # 11; Filed: $1,563.62 | 7100-000 | | 93.83 | 1,295.82 |
| 01/10/2017 | 113 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (AMAZON.COM) | Distribution payment - Dividend paid at 6.00% of $1,717.63; Claim # 12; Filed: $1,717.63 | 7100-000 | | 103.07 | 1,192.75 |
| 01/10/2017 | 114 | Portfolio Recovery Associates, LLC Successor to COMENITY BANK (VICTORIAS SECRET) | Distribution payment - Dividend paid at 6.00% of $1,777.31; Claim # 13; Filed: $1,777.31 | 7100-000 | | 106.65 | 1,086.10 |
| 01/10/2017 | 115 | USAA Savings Bank C O WEINSTEIN & RILEY, PS | Distribution payment - Dividend paid at 6.00% of $18,099.82; Claim # 14; Filed: $18,099.82 | 7100-000 | | 1,086.10 | 0.00 |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9

Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case No.: | 16-11360 |
| Case Name: | MARADIAGA, HENRY<br>MARADIAGA, DAISY |
| Taxpayer ID #: | **-***3905 |
| For Period Ending: | 02/06/2017 |

| | |
|---|---|
| Trustee Name: | Richard M. Fogel (330720) |
| Bank Name: | Rabobank, N.A. |
| Account #: | ******5800 Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | **COLUMN TOTALS** | | 5,897.19 | 5,897.19 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,897.19 | 5,897.19 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,897.19** | **$5,897.19** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 5

| | |
|---|---|
| **Case No.:** | 16-11360 |
| **Case Name:** | MARADIAGA, HENRY<br>MARADIAGA, DAISY |
| **Taxpayer ID #:** | **-***3905 |
| **For Period Ending:** | 02/06/2017 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5800 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5800 Checking | $5,897.19 | $5,897.19 | $0.00 |
| | **$5,897.19** | **$5,897.19** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)